**1415  OWEN vs. TOWNSHIP BOARD (Lincoln), 41 M., 415.**

To compel payment of certain township orders issued more than six years ago, and payment upon which was refused nearly six years ago.

Order to show cause denied July 2, 1879, on the ground of laches.